AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 SEP 16 AM 10: 54
CLERK C. Robinson
SO. DIST. OF GA.

| Mary Elizabeth Noland | ) | |
|---|---|---|
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. CV219-114 |
| Georgia Department of Labor | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____N/A_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
N/A

My gross pay or wages are: $ _____0.00_____ , and my take-home pay or wages are: $ _____0.00_____ per
*(specify pay period)* _____monthly_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☑ No
(e) Gifts, or inheritances                           ☑ Yes   ☐ No
(f) Any other sources                                ☑ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
I received unemployment, from January until March 2019, and was told there was no more money in an unemployment account for me. I received some food money from friends or family members who began abusing me and threatening me. I received food stamps, since June 2019, in the amount of $192 per month, and the food stamps are ending, in October. Concerted services and Project Share has helped with the light bill, but I am having severe communication problems because there is no cash assist, and my Internet and phone keeps getting cut off while I am trying to find legal assistance and apply for work. I have had to pawn the two pieces of jewelry my parent gave me when I was a teenager to get the Internet and phone turned back on and get toiletries. I will not be able to pay for car insurance, phone, toiletries, gas, or Internet next month. I have not found a lawyer yet, and I need help getting a lawyer approved to work in Southern District of Georgia.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account:  $ _____10.00_____ .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I had to pawn the only ring my parent gave me, and I had to pawn the only bracelet my parent gave me to retrieve the ring and get the Internet and phone turned back on this month. I have not had to pawn things before except for to get gas and groceries to get to work, in 2017. I pawned three pieces an ex-boyfriend gave to me then. I had to spend all of my savings to relocate for work and have food, gas, and utilities. I have a 2,000 Nissan Altima that was my Mama's vehicle when she died, and I have paid to have it repaired. I have less than three hundred dollars in two retirement accounts, and they charge a percentage if I take out any money. I already had to sell all but the small remaining amount. Those were accounts I wanted to add to, for retirement, and in 2014, I had to sell one of them to pay taxes.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
I have phone ($31.50/month), Internet ($25/month), car insurance ($50/month) and gas ($50/month). I am having trouble communicating without being able to pay these consistently right now. All of my payments are delinquent, as of 2016 when I was discriminated against after asking the sheriff office for help with trespassing and damages to my property, along with abuse to myself from my neighbors. I had always maintained a credit score about 750 until the sheriff deputies told me to go to the magistrate judge and get an order to keep the neighbors away from me. One magistrate judge ordered it, and the chief magistrate judge turned the case against me and labeled me with one of his vocabulary words after the neighbors lied in court. I had always paid my bills on time before this judgment.

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
I, Mary Elizabeth Noland, am single, self-supportive and with zero children. I have depended on my employment. I have not had dependents to claim on taxes, but I have spent a considerable amount of money donating to the students I have taught in Georgia Public Schools and Federal Grant Programs, teaching minorities with high risk life experiences. The last group I worked with was January 2019, when I used my gas money, as I have in four other out of town counties to drive and teach low income students. I gave a mandated report, as I have seven other times. The administration got rid of me and did not share my mandated report with the board members, and I have no one I am helping or donating to with the inability to pay my light bill now.

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I owe BB&T forty thousand dollars for fees associated with damages to my property and relocating for work, M&T Bank twenty thousand dollars for a trailer I got because I kept having to relocate for work and rent low income housing, and Mr. Cooper Mortgage seventy-seven thousand dollars for the home I paid for more than ten years where the neighbors were allowed to trespass and damage. My home was lost because of the 2016 judgment. I have other credit card debt, but I would have to get the amount calculated. All of it is for food and relocating for work. I have work clothing (no party clothing), and none of this money has been spent for vacation or pleasure, except I liked having a home. This can be proven when I bought insurance on the trailer it was specified for a work, not pleasure. 2015-2016, I paid rent in two places, paid off some of my outstanding debt, and paid my bills on time. Then the judgment happened.

    *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____09/11/2019_____                  *Mary Elizabeth Noland*
                                                                     *Applicant's signature*

                                                                     Mary Elizabeth Noland
                                                                          *Printed name*