Georgia Department of Labor

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARY ELIZABETH NOLAND, | |
| Plaintiff, | CIVIL ACTION NO.:2:19-cv-114 |
| v. | |
| MARK BUTLER, et al., | |
| Defendents | |

\*\*\*This is not an attempt to file the report required by <u>RULE 26 INSTRUCTION ORDER.</u> This is an attachment to "Complaint for Employment Discrimination, Roman Numeral III., Statement of the Claim," on the form where it says supporting information can be attached on separate sheets from the summarized paragraph. I have been unable to achieve representation from an attorney, and I feel in danger of not being able to continue the cases, especially due to financial issues, but also because of the people who have discriminated against me. This is the honest evidence of the cases. I am looking for representation from an attorney to help me formally present this with laws and concisely summarized, following the rules of the required report. Some of the employers' stories are already changing from their original claims.