UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 DEC 16 PM 12: 22
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MARY ELIZABETH NOLAND, | ) |
| Plaintiff, | ) CIVIL ACTION NO.:2:19-cv-114 |
| v. | ) |
| MARK BUTLER, et al., | ) |
| Defendents. | ) |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Mary Elizabeth Noland, files this motion respectfully requesting appointment of counsel. A motion to proceed in fora pauperis is already filed. Plaintiff's career, professional Georgia educator, has been the plaintiff's livelihood since initial certification, in 2001. The information in the Complaint for Employment Discrimination form explains the reason for seeking legal resolution.

The plaintiff has contacted more than seventy lawyers from the Equal Employment Opportunity Commission list of attorneys, via phone and email, requesting professional representation from an attorney. The plaintiff honestly needs a professional, knowledgeable about researching laws and formally presenting the facts of the case, using policy and procedure of United States District Court. The plaintiff has been actively seeking employment, and financial resources are completely exhausted until the plaintiff is re-employed, receives supplement, or is proven able to receive monetary reward in this court. A list of attorneys contacted and an example email are attached to this. The plaintiff has requested legal counsel from the Equal Employment Opportunity Commission attorney list, since August 2019. If legally grantable, the plaintiff requests appointment of counsel on this day, December 12, 2019.

RESPECTFULLY SUBMITTED,

*Mary Elizabeth Noland*

MARY ELIZABETH NOLAND
2280 Penholloway Road
Jesup, Georgia 31546
(912) 256-0954 phone