Betsy Noland <betsy.school@gmail.com>

## Request for Legal Representation
1 message

**Betsy Noland** <betsy.school@gmail.com>                                   Fri, Aug 16, 2019 at 10:31 AM
To: meredith@mcarterlaw.com

To Whom It Concerns:

I need legal representation based on contingency. I am having severe communication problems because before the employment situation I had never been late paying my bills. I do not know how to communicate in the law and court professions, and I have given concrete evidence that has been ignored.

I was given this referral to an expert in employment law, and I am a certified educator, so knowledge of public education will be an asset. I am being discriminated against and retaliated against for giving mandated reports at work when I am doing the job and following state and federal guidelines to the best of my ability. I have given the mandated reports to my supervisors who are stealing my work, by listing my students' academic achievement results in other teachers' names, and retaliating against me, by blaming me for their lack of work or neglecting to follow guidelines.

Please respond to tell me if you think you can help me.

Sincerely,
Ms. Noland

The Equal Employment Opportunity Commission Attorney Referral List Packet is stapled out of order 1,3,5,7,9,11,13,14,12,10,8,6,4,2.

That is the only reason my contacts are not in consecutive order.

With inconsistent phone and Internet service I have contacted lawyers, asking for help using phone calls and emails, from August to ~~October 2019.~~ December 2019.

I have contacted more than ~~about~~ seventy lawyers. Some of these have asked for my documents then chosen not to help me. I am concerned about this.

I can print the email I sent requesting representation. My Internet is not working, so I am not attaching that now.

There are three sheets of lawyers I have not contacted yet.

Mary E. Noland
912-256-0954

The attached email was copied and pasted in an email individually addressed to each email address with a date written beside it. I can print all of the sent emails, if necessary.

*assistant@ woman Michelle* — Original files & right to sue
912-201-3696 Wes Wolf
Emailed saying Keep looking - Their docket is full 9-18-19

44 Broad Street, N.W., Suite 200
Atlanta, GA 30303
(404) 577-8888
(404) 577-0080 fax

**Matthew C. Billips**
Orr, Brown & Billips, LLP
One Atlanta Plaza
950 East Paces Ferry Rd., Suite 2110
Atlanta, GA 30326
(770) 534-1980
(770) 536-5910 fax

9-18-19 Admitted in Southern District — told me to call Wes Wolf in Savannah

**Calvin Weis Blackburn III**
The Blackburn Law Firm LLC
1075 Peachtree Street NE, Suite 3650
Atlanta, GA 30309
(404) 965-3985  *Call cannot be completed 9-18-19*
(404) 704-0472 fax
www.cblackburnlaw.com

**Catherine M. Bowman**  *Tracy*
The Bowman Law Office
7505 Waters Ave., Suite D-3
Savannah, GA 31406   M-F 9-5
(912) 401-0121   $300 Consultation Fee 8-28-19
(912) 352-9042 fax
Catherine@TheBowmanLawOffice.com
www.TheBowmanLawOffice.com

9-18-19 Left voice-mail @ 1:46 PM  Call Returned 8-28-19

Calls can be recorded
Local employment Harassment
$1.90 for trial

**Jerry Boykin, Esq.**
Gordon & Boykin
1180 Franklin Road, S.E., Suite 101
Marietta, GA 30067-8900
(770) 612-2626  *No longer in service*
(770) 612-2627 fax  *Phone sends to 24/7 attorney*
USA Legal Services

**Paulette Adams-Bradham, Esq.**
Adams Bradham P.C.
P.O. Box 5097
Alpharetta, GA 30023
(770) 650-4145
(770) 234-5206
paulette.adams@gmail.com

8-28-19   9-18-19 Does not handle employeement cases

9-18-19 Does not handle employment law
**Mario D. Breedlove, Esq.**
The Breedlove Law Firm, LLC
3781 Presidential Parkway, Suite 111A
Atlanta, GA 30340

He does real estate and personal

---

(770) 458-0012
(770) 818-5514 fax

**Kristine Orr Brown, Esq.**
Dustin Marlowe, Esq.
Orr Brown Johnson, LLP       9-18-19
P.O. Box 2944
Gainesville, GA 30503
(770) 534-1980      *Sherry will find out if admitted to Southern District*
(770) 536-5910 fax
kbrown@orrbrownjohnson.com

Ms. Clopton said this person represents a lot of attorneys

**Jay D. Brownstein, Esq.**
Brownstein Nguyen Little LLP
2010 Montreal Road
Tucker, Georgia 30084
(770) 448-9060   Disconnected 9-18-19
(770) 458-9057 fax

**Denice E. Brue-Clopton, Esq.**
The Clopton Firm, LLC
400 Galleria Parkway, Suite 1500
Atlanta, GA 30339   *Person answered saying, "No attorneys here. This is a regis office."  9-18-19*
(678) 500-3300
(404) 629-1180 fax
Dbrueclopton@bellsouth.net
www.thecloptonfirm.com

**Buckley Beal LLP**
Edward D. Buckley, III, Esq.
Brian J. Sutherland, Esq.   *Federal Employment*
Rachel E. Berlin, Esq.
Pamela E. Palmer, Esq.
Thomas J. Mew IV, Esq.
T. Brian Green, Esq.
Promenade, Suite 900
1230 Peachtree Street, Suite 90
Atlanta, GA 30309
(404) 781-1100
(404) 781-1101 fax
www.buckleybeal.com

**Price Hugh Carroll, Esq.**
Smith Diment Conerly, LLP
412 Adamson Square
Carrollton, GA 30117
(770) 838-0100
(770) 838-1198 fax

9-18-19 Probably 5 years ago Mr. Carroll did some employment cases, and he is deceased. This is a real estate law firm now.

3

9-18-19  *has not been in Athens in 10 yrs.*

**Penn U. Dodson, Esq.**
Timmons, Warnes & Anderson, LLP
244 E. Washington St.
Athens, GA 30601
(706) 548-8668  *Not an employment firm*
(706) 546-8017 fax
8-28-19  pud@classiccitylaw.com  *mail could not be delivered*
www.classiccitylaw.com

**Edward R. Downs, Jr. Esq.**
1963 Hwy 138 SW
Riverdale, GA 30296  *Does not work in Southern District*
(770) 997-0334
(770) 997-8065 fax
8-28-19  eddowns@bellsouth.net  9-18-19

*You ratted on them 9-18-19*
**Brad Dozier, Esq.**
Pope & Howard, P.C.
945 E. Paces Ferry Road, Ste. 2525
Atlanta, GA 30326  *What has happened is not unlawful*
(404) 949-5600
*They screwed* (404) 478-8880 fax  *its — Mandated*
*you over &* www.popehoward.com  *report is white*
*[illegible] you up*  *Edited & Final Version*
*It's not discrimination. noise and chatter. It is*
**Howard R. Evans, Esq.** *not unlaw — You were*
Attorney At Law  *treated bad.*
4488 North Shallowford Rd., Suite 216
Atlanta, GA 30338
(770) 377-9521
8-28-19  attorney4hrlaw@gmail.com

*Fed.* **Gregory R. Fidlon, Esq.**
Rachel Smith, Esq.
Law Offices of Gregory R. Fidlon, P.C.
1200 Abernathy Road, Bldg. 600 Ste. 1700
Atlanta, GA 30328
(770) 807-0083
(770) 807-0460 fax
8-19-19  greg@fidlonlegal.com
rachel@fidlonlegal.com
www.fidlonlegal.com  *★ Evaluation Firm*

*Called Aug 26th*
**Kevin Fitzpatrick, Jr., Esq.**  *Returned*
DeLong Caldwell Bridgers,  *call 10-3-19*
& Fitzpatrick, LLC
3100 Centennial Tower  *Needs*
101 Marietta St., N.W.  *$25,000*
Atlanta, GA 30319-2720  *Retainer Fee*
10-3-19  (404) 979-3150
*Does Work in Southern District of Georgia*
*Left name & number as voicemail requested. 2:20 pm*
➤ *You need a lawyer for whistleblower.*

*Charles Bell referral(?) from Mr. Edward R. Downs, Jr. Esq. Office 912-234-0611*

(404) 979-317 fax  *Does not work in Southern District Federal Court*
8-28-19  Kevin.Fitzpatrick@dcbflegal.com  9-18-19
www.kevinfitzpatricklaw.com

**Michael J. Foglio**
Bader Law Firm, LLC  *Physical Injuries*
3384 Peachtree Road, NE, Ste. 500
Atlanta, Georgia 30326  *Personal Injury*
(404) 888-8888
(404) 917-9173 FAX  *Workers Compensation*
10-3-19  2:25 pm

**Alysa Freeman, Esq.**
Alysa Freeman, P.C.
1827 Independence Square
Atlanta, GA 30338
(770) 407-6000
(770) 458-5456
8-28-19  af@alysafreeman.com

**Dean R. Fuchs, Esq.**  *Message*
Schulten Ward & Turner LLP  *Revised /*
260 Peachtree St., NW, Suite 2700  *Edited*
Atlanta, GA 30303  *& Best I*
(770) 688-8277  *RESPONDED*  *Can Do*
(770) 688-6840 fax
8-28-19  drf@swtlaw.com

*FAX*
**★Alan H. Garber, Esq.**
The Garber Law Firm, P.C.
4994 Lower Roswell Rd., Suite 14
Marietta, GA 30068
(678) 560-6685
(678) 560-5067 fax
8-19-19  ahgarber@garberlaw.net
*Left voicemail Aug. 26th about email w/ phone # and requested response*

**Jennifer Gibbs, Esq.**
Gibbs & Mabe, LLC
160 Clairemont Ave., Suite 200
Decatur, GA 30030
(678) 954-5777
(404) 592-6140 fax
jgibbs@gibbsmabe.com  8-28-19
www.gibbsmabe.com

**Lisa B. Golan, Esq.**
3259 C Peachtree Corners Circle
Norcross, Georgia 30092
(770) 409-7922  *Not a working number*
(770) 409-8424 fax
lbgolan@golanlawoffice.com

5

*[Left margin, vertical:]* Website | Civil Forms - Application to Proceed Without Prepayment of Fees and Affidavit

8-28-19

(404) 492-7074 fax
mondy@mondypc.com

**Christopher G. Moorman, Esq.**
Moorman Pieschel LLC
One Midtown Plaza, Suite 1205
1360 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 898-1242
(404) 898-1241 fax
8-28-19   cgm@moormanpieschel.com

**Drew Mosley, Esq.**
Drew Mosley, LLC
600 South Perry Street
Lawrenceville, GA 30046
(678) 225-0098
(678) 221-0230 fax
8-28-19   drew@mlawmail.com

**Michael C. Murphy, Esq.**
390 West Crogan Street, Suite 300
Lawrenceville, GA 30045
(770) 682-5952   *No longer in service 10-3-19*
(770) 682-5113 fax
michaelcmurphy@att.net

**Mari L. Myer, Esq.**   *10-3-19*
The Myer Law Firm   *Does not represent public employees*
118 East Maple Street
Decatur, Georgia 30030   *Referred me to Janet Hill, Lisa Golan*
(404) 601-4125
mmyer@myerlawatlanta.com
www.myerlawatlanta.com

**Michael L. Neff, Esq.**
945 E. Paces Ferry Rd., Suite 1770
Atlanta, GA 30326
(404) 531-9700   *Injury Cases*
(404) 531-9727 fax   *Do not help with employment law*
mneff@mlnlaw.com

**Gwyn Newsom, Esq.**   *Will have someone call me back*
Law Office of Gwyn P. Newsom, LLC
P.O. Box 629
Columbus, GA   *Middle District Only 10-3-19 Brooks County*   8-19-19
(706) 324-4900
(706) 327-1437 fax
gnewsomlaw@aol.com

*[Left column annotations:]* info@obiorahfields.com   Sent October 3, 2019

**Danielle Bess Obiorah**
Employment Rights Law Firm of Danielle Obiorah, PC
5124 N McDonough Street   *10-3-19*
Jonesboro, GA 30236   *Jordan*
(404) 994-6218
(877) 828-8956 fax   *left message*
dbo@nationalemploymentrights.com
www.nationalemploymentrights.com
— *Charge sheets w/ right to sue* —

**Julie Oinonen, Esq.**
Williams Oinonen LLC
44 Broad Street, Suite 200   *Michelle*
Atlanta, GA 30303
(404) 654-0288   *10-3-19   3:07 PM*
(404) 592-6225 fax   *Does not know if they will*
julie@goodgeorgialawyer.com   *respond at all.*
www.goodgeorgialawyer.com

*Emailed; Not helping Oct 7, 2019*

**Larry Pankey, Esq.**
**Laura Horlock, Esq.**   *Windy*
Pankey & Horlock, LLC
4360 Chamblee Dunwoody Rd, Suite 500
Atlanta, GA 30341-1055   *Larry Pankey's*
(770) 670-6250   *Janice Paralegal*
(770) 670-6249 fax   *He may not want*
10-3-19 lpankey@pankeyhorlock.com   *Southern*
*Requested emailed information District*

**Rakesh N. Parekh, Esq.**
Parekh Law LLC
P.O. Box 250654
Atlanta, GA 30325
(404) 333-8LAW (8529)
(404) 631-6336 fax
attorneyrakesh@gmail.com

*Fed —*
*✱A. Lee Parks, Jr., Esq.*   *8-26-19 Called*
Jennifer K. Coalson, Esq.   *conducting a mediation*
Maha Amircani, Esq.   *today - receptionist said*
Parks, Chesin & Walbert, PC
75 Fourteenth St., 26th Floor
Atlanta, GA 30309   *left message &*
(404) 873-8000   *phone number &*
(404) 873-8050 fax   *requested response*
lparks@pcwlawfirm.com   *to email or phone call*
www.pcwlawfirm.com

**Pearson Law Group, LLC**

*[Right margin, vertical:]* If I am a whistleblower I may be able to bring a lawsuit based on being an advocate of the parent & child

*[Bottom annotations:]*
Southern } Have to be admitted
Middle   } in southern District
North

I will need a lawyer admitted to practice in southern district.

May be violation of Title VII

Email about federal statutes

ix

Atlanta, GA 30342
(404) 343-1091
(404) 343-1497 fax
jackrosenberg2@gmail.com

**S. Robert Royal, Esq.**
SR Royal and Associates
9400 Roberts Drive, Suite 1J
Atlanta, GA 30350
(770) 993-7030
robert.royal@comcast.net

**John P. Rutkowski, Esq.**
Tower Place 200 Suite 700
3348 Peachtree Street, Rd., N.E.
Atlanta, GA 30326
(678) 234-5490
(866) 397-9055 fax
jp576@bellsouth.net

**Schwartz Rollins LLC**
Charlotte Redo, Esq.
James E. Rollins, Jr., Esq.
Debra Schwartz, Esq.
945 E. Paces Ferry Road, Suite 2270
Atlanta, GA 30326
(404) 844-4130
(404) 844-4135 fax
gaemploymentlawyers.com

**Graham Scofield, Esq.**
Hornsby Law Group
Atlantic Center Plaza
1180 W. Peachtree St., Suite 1110
Atlanta, GA 30309
(404) 577-1505
(404) 577-1565 fax

**Debra K. Scott, Esq.**
Petree & Scott
2296 Henderson Mill Rd., Suite 404
Atlanta, GA 30345
(770) 938-1061
(404) 298-1992

**Alec N. Sedki, Esq.**
Pankey & Horlock, LLC
4360 Chamblee Dunwoody Rd., Ste. 500
Atlanta, GA 30341-1055

(770) 670-5260
(770) 670-6249 fax
asedki@pankeyhorlock.com

**Matt Shade, Esq.**
216 Alexander Street
Marietta, GA 30060-2037
(770) 590-9010
(770) 590-8446 fax
mattshade@shadelaw.com

**Paul Sharman, Esq.**
The Sharman law Firm, LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
(678) 242-5297
(678) 242-5297 fax
paul@sharman-law.com
www.sharman-law.com

**Joseph S. Shaw, Esq.**
710 Peachtree Street N.E., Suite 908
Atlanta, GA 30308
(404) 664-0452
(678) 623-5847 fax
jshaw2254@gmail.com

*Cherri L. Shelton, Esq.
Shelton Law Practice, LLC
2987 Clairmont Road, NE, Suite 225
Atlanta, GA 30329
(404) 865-3771
(678) 757-4157 mobile
(678) 882-7499 fax
cshelton@sheltonlawpractice.com
www.sheltonlawpractice.com

**Alex Simanovsky, Esq.**
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
(877) 570-5413 fax
alex@georgiapersonalinjury.com

**Sutton T. Slover, Esq.**
Law Office Of Sutton T. Slover, P.C.
2245 Vineville Avenue
Macon, GA 31204

11

Hornsby Law Group
1180 W. Peachtree Street, Suite 1110
Atlanta, GA 30309
(404) 577-1505
(404) 577-1565 fax
8-28-19   brandon@hornsbylaw.com
www.hornsbylaw.com

Stanley House, Esq.
Stanley C. House, LLC
753 Broad St., Ste. 506
P.O. Box 915
Augusta, GA
(706) 722-3341
(404) 722-0471 fax
8-28-19   ~~schouse@schouse.com~~ not deliverable 8-28-19

Sharon Jackson, Esq.
Must send a   175 Langley Drive, Suite A-1
text message   Lawrenceville, GA 30045
Sent request   (678) 992-3799 — No voicemails
for call   (678) 281-0482 fax  Text message   8-28-19
2:33 PM.   www.sharonjacksonattorney.com requested
10-3-19

Fed — *George Melville Johnson, Esq.
44 Broad Street, N.W., Suite 222
Atlanta, GA 30303   No longer in service - recording
(404) 524-9111
(404) 524-6611 fax
8-19-19   gjohnson@melvillejohnson.com

Gordon S. Johnston, Esq.
Stuart & Johnston, LLC
1755 The Exchange, Suite 130
Atlanta, GA 30339
(678) 807-6725
(770) 272-0706 fax
8-28-19   ~~gjohnston@stuartattorneys.com~~ not deliverable

Benjamin Kandy, Esq.
The Law Office of Benjamin B. Kandy LLC
534 Medlock Road, Suite 109
Decatur, GA 30030
(678) 824-2251
8-28-19   ben@bkandylaw.com
www.bkandylaw.com

Keegan Law Firm, LLC

Marcus Keegan, Esq.   Phone Consult $180
Jerrilyn Gardner, Esq.
2987 Clairmont Road, NE, Suite 225
Atlanta, GA 30329
(404) 842-0333   9-5 M-F
(404) 920-8540 fax
mkeegan@keeganfirm.com   10-3-19
jgardner@keeganfirm.com   2:49 PM

Keaton Brunswick GDOL

Chevene B. King, Jr., Esq.
510 W. Broad Avenue
P.O. Box 3468
Albany, GA 31706-3468
(229) 436-0524
(229) 883-6382 fax
cbkingx916@aol.com

Maurice King, Esq.
P.O. Box 72071
Albany, GA 31708
(229) 639-0619
(229) 639-0837 fax
mauricek6@aol.com

Lisa C. Lambert, Esq.
Attorney at Law
245 North Highland Avenue
Suite 230-139
Atlanta, GA 30307   Left a voicemail with
(404) 556-8759   name and number 10-3-19
lisa@civil-rights-attorney.com   2:27 PM
www.civil-rights-attorney.com

Fed — *Deborah Leslie, Esq.   Called Aug 21-19
The Leslie Group, LLC   M-Th 8:30-5
186 North Avenue
Suite 107   F 8:30-12
Jonesboro, GA 30236   closed for lunch daily
(770) 210-1538   Left voicemail with phone
(770) 210-1542 fax   number requesting response
8-19-19   dleslie@thelesliegroupllc.com   from Deborah Leslie

Marie called & will find out if

David J. Marmins, Esq.
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd., N.W., Suite 700
Atlanta, GA 30308
404-962-3524
404-261-3656 fax
8-28-19   ~~dmarmins@balch.com~~ — not deliverable

7

Zena E. McClain, Esq.
P.O. Box 13631
Savannah, GA 31416
(912) 447-5082
(912) 447-5083 fax

Fredrick C. McLam, Esq.
309 Sycamore Street
Decatur, GA 30030-3407
(404) 373-4562
(404) 378-0717 fax

Rebecca W. McLaws, Esq.
McLaws Law Group, LLC
216 Alexander Street
Marietta, GA 30060
770-406-6624
770-406-6627 fax
rebecca@mclawslawgroup.com

Harlan Miller, Esq.
Miller & Billips, P.C.
6400 Powers Ferry Road, Suite 112
Atlanta, GA 30339
(404) 969-4101
(404) 969-4141 fax
harlansmiller@gmail.com

Fed
~~Jamie G. Miller, Esq.~~
Jamie Miller Law, LLC
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1200
Atlanta, GA 30305
(404) 841-9400
(404) 869-028 fax
-8-19-19 jgmiller@jamiemillerlaw.com

Suzanne Miller, Esq.
P.O. Box 361707
Decatur, GA 30036
(404) 914-2262
(404) 243-9008 fax
suzannemillerlaw@yahoo.com

Joshua A. Millican, Esq.
Law Office of Joshua A. Millican, P.C.

The Grant Building, Suite 607
44 Broad Street, NW
Atlanta, GA 30303
(404) 522-1152
(404) 522-1133 fax
joshua.millican@lawofficepc.com
www.lawfficepc.com

Lisa T. Millican, Esq.
Greenfield Millican P.C.
The Grant Building, Ste. 607
44 Broad St., N.W.
Atlanta, GA 30303
(404) 522-1122
(404) 522-1133 fax
lisa.millican@lawofficepc.com
www.lawofficepc.com

Teresa Saggese Mills, Esq.
Saggese Mills Law Firm
2484 Ingleside Ave., Ste. C103
Macon, GA 31204
(478) 744-0740
(478) 744-0794 fax
tsmills@saggesesmillslawfirm.com
www.saggesemillslawfirm.com

Fed +J. Stephen Mixon, Esq.
Millar & Mixon, LLC
108 Williamson Mill Road
Atlanta, GA 30236
(770) 955-0100
(678) 699-2037 fax
8-19-19 steve@mixon-law.com

The Molden Law Firm
Peachtree Center Plaza
233 Peachtree Street, NE, Suite 1245
Atlanta, GA 30303
(404) 324-4500
(404) 324-4501 fax
www.moldenlaw.com

Michael O. Mondy, Esq.
Michael O. Mondy, P.C.
925B Peachtree Street, N.E. #329
Atlanta, GA 30309
(404) 492-9568

404 487 0903
Paulette Adams-Bradham
Referred me 9-18-19

8-16-19

Jason J. Adams
Adams & Associates, LLC
P.O. Box 160034
Atlanta, Georgia 30316
(678) 701-3316
(404) 601-9693 fax
jadams@adamsandassociatesllc.com
www.yourATLlawyer.com

*address rejected*

Josie A. Alexander, Esq.
Alexander & Associates
1020 Edgewood Avenue N.E.
Atlanta, GA 30307
(404) 614-0001
(404) 614-0009 fax

Gary "Blake" Blaylock Andrews, Jr.
Blake Andrews Law Firm, LLC
2221 Peachtree Road, N.E., Suite X5
Atlanta, GA 30309
(770) 828-6225
(770) 866-828-6882 fax

8-16-19

blake@blakeandrewslaw.com
www.blakeandrewslaw.com

Sadiqa (Sadie) Banks, Esq.
Banks Law Group, P.C.
3535 Peachtree Road, NE, Ste. 520-651
Atlanta, GA 30326
(404) 492-7915
(404) 492-7071 fax

8-16-19

BanksLawGroup@gmail.com

Stacy Barnett, Esq.
181 East Main Street
Canton, GA 30114
(770) 720-9522
(770) 720-1770 fax

Barrett & Farahany, LLP     8-16-19
Amanda A. Farahany, Esq.
V. Severin Roberts, Esq.
TK Smith, Esq.
Amelia Ragin, Esq.
Benjamin Starks, Esq.

Taylor Bennett, Esq.
AJ Lakraj, Esq.
Kathy Harrington Sullivan, Esq.
1100 Peachtree Street, NE, Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 fax
www.justiceatwork.com

Fed → John Paul Batson, Esq.
P.O. Box 3248
Augusta, GA 30914-3248
(706) 737-4040
(706) 736-3391 fax

Kelly J. Beard, Esq.  *Responded*
LAW OFFICES OF KELLY J. BEARD, LLC
400 Galleria Parkway, Suite 1500
Atlanta, Georgia 30339
(404) 961-7233
8-16-19  kbeard@kbeardlaw.com
www.kbeardlaw.com

John F. Beasley, Jr., Esq.
JF Beasley, LLC
31 North Main Street
P.O. Box 309
Watkinsville, GA 30677
706-769-4410
706-769-4471 fax
8-16-19  jfbeasley@jfbeasleylaw.com

Mitchell D. Benjamin, Esq.
Matthew C. Billips, Esq.
Billips & Benjamin LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339
8-16-19  Email: benjamin@bandblawyers.com
8-16-19  Email: billips@bandblawyers.com
Website: www.bandblawyers.com
(770) 859-0751
(770) 859-0752 fax

*Working at Different Firm*
*mbillips@orrbrownandbillips.com*
*Sent to that address ↑ too*

David E. Betts, Esq.
Betts & Associates

2

Meredith Carter, Esq.
M. CARTER LAW LLC
2690 Cobb Parkway SE
Suite A5-294
Smyrna, GA 30080
(404) 618-3838
8-16-19 meredith@mcarterlaw.com

Fed *Diane Cherry, Esq.
75 Wade Green Business Center
1301 Shiloh Road, Bldg. 1620
Kennesaw, GA 30144
(770) 444-3399
(770) 444-3376 fax   undeliverable
8-16-19 cherrylaw@mindspring.com

Rita Cherry, Esq.
1401 Peachtree Street, Suite 500
Atlanta, GA 30309
(404) 885-1930
(404) 870-8415 fax
8-16-19 rmcherry@bellsouth.net

Jamene L. Christian, Esq.
2321 Fourth Street, Suite 104
Tucker, GA 30084
(770) 493-1545
(770) 723-1790 fax

Denice E. Brue-Clopton, Esq.
The Clopton Firm
400 Galleria Parkway, Suite 1500
Atlanta, GA 30339
678-500-3300
404-629-1180 fax   undeliverable
8-16-19 Dbrueclopton@bellsouth.net

Andrew Y. Coffman, Esq.
Parks, Chesin & Walbert P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30303
(404) 873-8000
(404) 873-8050 fax
8-16-19 acoffman@pcwlawfirm.com

George H. Connell, Jr., Esq.
Dennis, Corry, Porter & Smith
3535 Piedmont Rd,
N.E., Bldg 14, Ste. 900
Atlanta, GA 30305
(404) 365-0102
(404) 365-0134 fax
8-16-19 gconnell@dcplaw.com

Fed *Adam J. Conti, Esq.   Aug 26th
400 Northridge Rd., Suite 255
Atlanta, GA 30350   Danielle
(404) 531-0701
(404) 531-0082 fax
8-19-19 aconti@contilaw.com
auto-reply (out of office until Aug. 25)
Charles Cox, Jr., Esq.
3464 Vineville Ave.
PO Box 67
Macon, GA 31204
478-757-2990
478-757-2991 fax

John R. Crenshaw, Esq.
Wasson, Sours & Harris, PC
300 Galleria Pkwy NW, Suite 1000
Atlanta, GA 30339
(770) 956-1700
(770) 956-1086 fax
jcrenshaw@wshpc.net

Delia T. Crouch, Esq.
8 Lee Street
Newnan, GA 30263
(770) 304-3642
(770) 304-3648 fax
deecrouch@aol.com

Fed *Samuel W. Cruse, Esq.
1824 Gordon Highway
Augusta, GA 30904
(706) 447-4805   The phone number does not work
(706) 922-9991 fax
8-19-19 swc1247@aol.com

David P. Dekle, Esq.
3504 Professional Circle, Suite B
Augusta, Georgia 30907
(706) 922-7460
(706) 243-4656 fax
DDekle@DavidDekleLaw.com

4

lbgolan@golanlawoffice.com
www.disability-discrimination-attorney.com

**Diana F. Grant, Esq.**
D.F. Grant Law, L.L.C.
49 Park Square
Roswell, GA 30075
(404) 394-4917
Diana@DFGrantLaw.com

**Randall D. Grayson, Esq.**
Grayson Law Group
Five Concourse Parkway, Suite 1425
Atlanta, Georgia 30328
(770) 408-1249
(770) 408-1260 fax
rgrayson@georgialaw.org
rgaryson@graysonlawgroup.com

**Michael D. Grider, Esq.**
2300 Melante Drive
Atlanta, GA 30324
(404) 245-3910
mdgrider@aol.com

**David F. Guldenschuh, Esq.**
512 East 1st Street
Rome, Georgia
(706) 295-0333
(706) 295-5550 fax
dfg@GuldenschuhLaw.com

**Linwood Gunn, Esq.**
Roach, Caudill Gunn, LLP
111 West Main Street
P.O. Box 677
Canton, GA 30114
(770) 479-1406
(770) 479-6171 fax

**C. Andrew Head, Esq.**
Fried & Bonder, LLC
1170 Howell Mill Road, N.W.
White Provision, Suite 305
Atlanta, GA 30318
(678) 888-0036
(678) 888-0045 fax
ahead@friedbonder.com
www.friedbonder.com

**Douglas L. Henry, Esq.**
695 Washington Street
P.O. Box 1257
Clarkesville, GA 30523-1257
(706) 754-5395
(706) 754-3591 fax

[handwritten: 10-3-19 2:43pm] **Janet E. Hill, Esq.** [handwritten: $200/hr for consultation]
Hill & Associates PC [handwritten: FORM →]
1160 S Milledge Avenue Suite 140
Athens, GA 30605 [handwritten: Mandy]
(706) 353-7272
(706) 549-8446 fax [handwritten: Merideth office@hillworklaw.com]
Toll Free: (866) 752-6127
www.attorneysforemployees.com

**Jeanne Bynum Hipes, Esq.**
Hipes Law LLC
2475 Northwinds Parkway, Suite 200
Alpharetta, GA 30022
(678) 867-7006
(770) 783-5010 fax
counsel@hipeslaw.com

**Michael Hofrichter, Esq.**
Rogers & Hofrichter, PC
225 S. Glynn St., Ste. A
Fayetteville, GA 30214
(770) 460-1118
(770) 460-1920 fax
mjh99law@aol.com

**Denise Holmes, Esq.**
2024 Beaver Ruin Road
Norcross, GA 30071
(770) 338-9701
(770) 338-4210 fax
DeniseHolmes@Hotmail.com

**Kevin E. Hooks, Esq.**
205 Corporate Center Drive, Suite B
Stockbridge, Georgia 30281
(678) 588-4168
(866) 787-0960 fax
khooks@kehlaw.com

**Brandon Hornsby, Esq.**

6

My name — Need representation in Southern District of Georgia. There has been wrongful actions causing employment problems, so I need help based on contingency. — If you would like to know more about my case please call (912) 256-0954

**Andrew Weiner**
7 Piedmont Ctr., 3rd Fl.
Atlanta, GA 30305
(404) 254-0842   12:08 pm  12-3-19
(866) 800-1482 fax
aw@atlantaemployeelawyer.com

1230 Peachtree Street, NE
Atlanta, GA 30309
(404) 942-4422
(404) 942-4421 fax
rwoodling@woodlinglaw.com   12:20 pm  12-3-19

**Michael Shane Welsh, Esq.**
Welsh Law, LLC
4780 Ashford Dunwoody Road
Suite A492
Atlanta, GA 30338-5504
mswelsh@mindspring.com

No phone #
My Internet is disconnected.

**S. Wesley Woolf, Esq.**
S. Wesley Woolf, P.C.
408 East Bay Street
Savannah, GA 31401
(912) 201-3696
(912) 236-1884 fax
woolf@woolflawfirm.net
www.woolflawfirm.net

Keeps Ringing - Wireless Customer Not Available (No voicemail) Try your call again later.   12:24 pm  12-3-19

Fed — **Tameka A. West, Esq.***
The West Legal Group, P.C.
7179 Jonesboro Rd., Suite 202
Morrow, GA 30260
(678) 216-0305
(678) 216-0306 fax
www.tamekawest@bellsouth.net
www.twestlaw.com

**Mary Workman, Esq.**
1827 Independence Square
Atlanta, GA 30338
(770) 396-9770
(770) 396-7710
maryworkman@bellsouth.net

→ Michelle - I asked her if she could research the reason they did not represent me in the past (at least 3 times). This time it is four cases with multiple defendants. Our docket is full. She said she emailed me 9-18-19. I told her I might be able to revise the forms b/c Mr. Wright returned filed cases due to time limits. She said docket is full.

**LaTonya Nix Wiley, Esq.**  12:13 pm
The Wiley Law Firm   12-3-19
1100 Peachtree Street, NE, Suite 200
Atlanta, GA 30309
(678) 614-1921
(770) 954-9777 FAX
www.nixwileylaw.com

I'm not doing that, so I'm just giving you a name. Brenda Youmas

**Nathanael E. Wright, Esq.**
Law Office of Nathanael E. Wright, P.C.
210 E. 31st Street
Savannah, GA 31401
(912) 238-2881
(912) 231-1251 fax
www.nwrightlawpc.com

Needs $300 consult. for 4 cases or ~~[redacted]~~ for 1 case

**Timothy L. Williams, Esq.**
Reid Williams. LLC
Glenridge Highlands One
5555 Glenridge Connector, Suite 200
Atlanta, Georgia 30342
(404) 236-0042
(678) 515-7194 fax
twilliams@reidwilliamslaw.com

Disconnected or No Longer In Service

**Scott M. Zahler, Esq.**
GOETZ I ZAHLER, LLC
900 Circle 75 Parkway, Suite 700
Atlanta, Georgia 30339
(770) 431-1107
(770) 431-1101 fax
smzahler@goetz-zahler.com
www.goetz-zahler.com

**Ruth W. Woodling**
WOODLING LAW, LLC
Promenade, Suite 1900

Unius
Brenda Youmas
~~(912) 745-~~
478 745 4380
Macon

12:16 pm
12-3-19

Southern District of Georgia
Does she take employment cases?

13