INSPECTED BY am

Office of the Clerk
P.O. Box 1636
Brunswick, GA 31520

80 Penholloway Rd.
Sup, GA 31546