2280 Penholloway Road
Jesup, Georgia  31546

April 4, 2020

Judge Benjamin W. Cheesbro
Southern District of Georgia
801 Gloucester Street
Brunswick, Georgia  31520

Dear Judge Cheesbro,

In your statement, you said you understand I am incarcerated. I am not incarcerated, and when I have been, it has been by a sheriff I do not vote for. A district attorney I do not vote for is allowing private attorneys to interfere with my sheriff deputy reports to frame up charges against me using lies, while two criminals with their records expunged have trespassed in the yard where I live for more than a decade damaging property, and neither the sheriff nor district attorney is helping me. I have reported this to federal agencies, and it is under investigation. They have allowed R. Violet Bennett and Bob Smith to interfere with the reports I am making and have me arrested in favor of two criminals: a former meth lab owner and a person with former theft charges. I was working as a professional before they had consistent employment, and since they have been harming me, the community government is promoting them. After the private attorneys are arresting me with the sheriff and magistrate and I am assigned a public defender, the district attorney is prosecuting me to allow the criminals with their records expunged to have free representation. However, I have also asked the district attorney and sheriff for help and they are not helping me. Both of them have allowed the two criminals to create false accusations against me after I had already filed reports about them damaging my property and trespassing in the yard where I live. ==All of this has happened since they stole my work, in 2009, in Wayne County and Baxley (First District Regional Educational Service Agency), and Professional Association of Georgia Educators did not represent me when I had been communicating with them for more than six months, and I had tenure in the county and the district.== Before this, my Mama and I were abused in this county for disability reasons that began as a racial issue when I was a child. I apologize for the opinion you have formed of me. It is an opinion the people who are discriminating against me would like others to have, and it is the reason I am reporting. It is a form of retaliation, definitely. I wish you would not take sides with them. Everything I have told you is factual and can be proven. Below is a summary about some of the discrimination issues. I wish you would not consider it frivolous, which means not having serious value or purpose; carefree and not serious. It is how people are using educational funding without following guidelines, taking the work of someone who has concrete evidence and produces student achievement, and slandering the employee, me, with lie statements and with untrue references as they collaborate about the work they have stolen.

The harassment that has happened to me, beginning more than ten years ago, is an issue that began as a racial issue, tangible in protected category. I am qualified for the positions I am applying for, and nepotism and retaliation are factors. I am being treated differently because of genetic information. My disability is a physical disability. These are some specific examples of the "various checks" referred to.

Sincerely,

*Betsy Noland*

Mary E. Noland

cc Judge J. Randall Hall

2280 Penholloway Rd.
Jesup, GA 31546

Large Envelope
Postage with
Signature
Confirmation
Mailed Apr. 10, 2020
P.O. Box 1636

Judge Benjamin W. Cheesbro
801 Gloucester Street
Brunswick, GA
              31520



RECEIVED
DATE 4/20/2020
Caldwell
DEPUTY CLERK
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK, GEORGIA