AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAY 14 PM 3:18
CLERK C. Robinson
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

MARY ELIZABETH NOLAND

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19cv114

MARK BUTLER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated May 7, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES Plaintiff's Complaint and DENIES in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_____   May 14, 2020
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03