U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office

_____ M.
June 26, 2020
_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARY ELIZABETH NOLAND, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.:2:19-cv-114 |
| ) | |
| v. ) | |
| ) | |
| MARK BUTLER, et al., ) | |
| ) | |
| Defendents. ) | |

## OBJECTIONS

Plaintiff, Mary Elizabeth Noland, files these objections respectfully requesting to proceed in forma pauperis with at least one case filed in United States District Court, Southern District of Georgia, Brunswick, Georgia. Plaintiff is requesting this document be reviewed by the supervising judge for United States District Court, Southern District of Georgia because plaintiff is being discriminated against in First District Regional Educational Service Agency and Brunswick Judicial Circuit. There are seven cases filed from systematic discrimination beginning with lack of representation from Professional Association of Georgia Educators, in 2009, when plaintiff had tenure in a Wayne County and First District Regional Educational Service Agency while working for the district Georgia Network of Educational and Therapeutic Supports on a Wayne County campus as both the county and the district employees were breaking laws about student services and entering false documentation. A motion to proceed in forma pauperis is already filed. Plaintiff's career, professional Georgia educator, has been the plaintiff's livelihood since initial certification, in 2001.

Plaintiff is receiving multiple copies of generated notices from this court with a numeral, or several numerals, changed to represent each case. The notices are lacking consideration for the specific details of each case. Also, the judges are refusing to accept the fact that the plaintiff has not had consistent financial compensation for the past ten years as a result of discrimination in the Brunswick Judicial Circuit. The Georgia Department of Labor staff has determined more than once, 2013 and 2018, plaintiff

Page 1 of 7

was to receive funding, unemployment compensation, and the decision has been reversed by county and state people with political connections. This is false documentation, ignoring facts of the case, destroying evidence, and nepotism. Plaintiff has copies of the original cases, so the evidence can be re-entered in United States District Court, Southern District of Georgia if the department of labor lost their evidence in their database or filing system. Plaintiff pays a portion to the maintenance of department of labor and plaintiff always pays taxes when employed and reports taxes accurately. 2018, Melissa Williams was not required to enter some of the subpoenaed documents and the witnesses were not questioned by plaintiff. Plaintiff has the list of questions needed to prove the incidents of the year. Those questions can be used with the McIntosh County case file now, instead. Two documents she neglected to enter were: 1) the time sheets that prove plaintiff volunteered overtime to have the Individualized Education Program document ready for the meeting before receiving a lie statement from the director of special education; and 2) the sheet from the special education notebook with the law on it about scheduling that the building administration and special education director broke as plaintiff brought it to their attention in an attempt to be helpful and encourage compliance. Both of these are federal laws about federal funding and state funding. 2018, Beth Keaton said there were no funds in any account for plaintiff and refused to allow plaintiff to file against Coastal Georgia Area Economic Opportunity Authority, Incorporated (CGAEOA). Beth Keaton and CGAEOA are both employed in Brunswick Judicial Circuit, Brunswick, Georgia. Plaintiff's unemployment funds were cut off, March 2018, and this led to plaintiff's filing with United States District Court, Southern District of Georgia because plaintiff's financial resources were completely exhausted after loss of plaintiff's home, in 2016. Loss of plaintiff's home was a result of Beth Keaton insisting plaintiff file against Evans County Schools when plaintiff was reading the form in front of her and the form said, "File against last full time employer." Plaintiff was supposed to file against Ray City Pre-K, and Beth Keaton insisted, standing beside plaintiff, as plaintiff read the form and assured her Ray City Pre-K was the full time and Evans County was the part time. Next, the department of labor told plaintiff to get help from Georgia Legal Services to have the case about Ray City Pre-K. Plaintiff could not go to the court date because the document from the judge was asking for a form plaintiff did not know

how to complete, and Christine Green, Brunswick Georgia Legal Services employee, said she does not represent plaintiff. Again, Christine Green is a Brunswick Judicial Circuit employee. This is systematic discrimination. It is what caused loss of plaintiff's home and caused plaintiff to have to pawn items for toiletries, such as soap and tissue, and office supplies, such as paper and ink, to report to U. S. District Court, Southern District of Georgia where plaintiff is again being denied hearing and counsel after being abused by Wayne County law enforcement. The very first time plaintiff applied for unemployment was 2009 when plaintiff had tenure in Wayne County and First District Regional Educational Service Agency, Wayne County lied about the contract, and Marvin Lloyd, former Brunswick post Georgia State Patrol's, employee was working in the department of labor office, had been connected to a group of students plaintiff had served in Wayne County where work was stolen, and was working with a Baxley native as the First District Regional Service Agency group plaintiff had just served was from Baxley. There has been discrimination against plaintiff as nepotism, racial (Hispanic and African American workers, as well as white workers claiming plaintiff's achievement results and work samples). These groups will stop discriminating against plaintiff as plaintiff is the one serving the minority students while watching the white non workers promote their African American and Hispanic groups they collaborate about at lunch. The plaintiff began volunteering for Latino Outreach as a Georgia Southern University student where the university had plaintiff driving an African student to class that was scheduled out of town without gas compensation. Plaintiff was a Professional Association of Georgia Educator's Student Member at the time of this discrimination and has the original documents for this evidence too. The white people and their "minority groups" are attending conventions, boasting about their philanthropy, while plaintiff is the one doing the work, very much lacking promotions and compensation. This will stop and change. Those are the same people using the government gas cards while plaintiff's financial resources are depleted only for discrimination and having to work out of town. There was an incident of disability discrimination as early as Georgia Southern University, 2000, it is also racial discrimination as described in this immediately preceding summary, it has continued in First District Regional Educational Service Agency, there is nepotism and age discrimination, there is retaliation because of untrained employees and failure of

government employees to follow guidelines in the department of labor. The fact that Judge Benjamin W. Cheesbro does not want to allow plaintiff a hearing, at least one in forma pauperis, is questionable. Plaintiff has had to pawn things and been abused by the legal system as a result of Brunswick Judicial Circuit government employees' obvious lack of training and compliance. These are a few examples summarized from the documents entered as an attachment to the original filing that Judge Benjamin W. Cheesbro called "frivolous" as he stated he does not want to see any evidence. The purpose of this objection is to say the re-occurrence of events in the Brunswick Judicial Circuit has happened since plaintiff's tenure in First District Regional Educational Service Agency when Wayne County and Appling County employees stole plaintiff's work, and this discrimination is going to need to be judged by someone who wants to see evidence. The financial difficulty plaintiff has is a direct result of the harassment then and since then. It has been a loss of more than five hundred thousand dollars, and this can be proven with evidence Judge Benjamin W. Cheesbro has stated he does not want to see using other belittling adjectives to describe plaintiff's attachments that any professional, of law, should be able to read and immediately see many laws and guidelines that are addressed therein.

There was no response when plaintiff requested legal counsel due to the discrimination that has caused abuse from the legal system in Wayne County to the plaintiff. It is specifically explained in the Wayne County file that Judge Benjamin W. Cheesbro criticizes and calls frivolous that the plaintiff is concerned about the fact that one district attorney has been murdered, and plaintiff also has a document where Sheriff John Carter has put in writing that he is a member of a gang, the Masons. Judge Benjamin W. Cheesbro wrote he understands plaintiff is incarcerated. Plaintiff is not incarcerated, and Judge Benjamin W. Cheesbro is welcome to ask John G. Carter and Gary Browning what evidence they used when they recently locked plaintiff in jail because they have no evidence and have now locked plaintiff in jail twice since 2016. It is a federal offense for them to do this. Their behavior is a result of their gang related activity and the fact their favored voters are stealing plaintiff's work. The evidence again will need to be looked at. Plaintiff has evidence, and they have no evidence. The plaintiff likes to have administration plaintiff can respect, and plaintiff considers the court to be the highest level of

administration to help when guidelines are being broken. Plaintiff will definitely need this judged from a professional who will want to see evidence and have a hearing instead of joining the group of discrimination politicians in the Brunswick Judicial Circuit, and plaintiff repeats the request for the supervising judge of United States District Court, Southern District of Georgia to see this document and all documents entered this day by the plaintiff. Plaintiff can definitely prove the connection and favoritism where John Carter has abused plaintiff, without evidence, trying to create a framing criminal record as he uses criminals with expunged records to do so. This all began when Sean DeVetter did not represent Plaintiff, in 2009, and it was a principal named Kathy Carter who lied about the teaching contract plaintiff did not receive then. Since then, the same group has been abusing and discriminating against plaintiff, including employees at Kathy Carter's school and in the Wayne County Special Education Department, even to the extreme of harassment by following plaintiff when plaintiff goes to work in other counties. This can be proven with evidence and witnesses. All of this is in the notes of the file that Judge Benjamin W. Cheesbro has called frivolous. All of the notes attached to the original files are truth, they all contain several laws the plaintiff has attempted to follow at work as titled and favored employees are not following guidelines. It seems like nepotism again that a judge in this district at this court level would call this frivolous among other belittling adjectives. Anyone knowledgeable about law should be able to read the files and automatically see that federal, local, and state laws are broken. Judge Benjamin W. Cheesbro belittles plaintiff for marking all of the discrimination areas as he is not reading the details of the case because plaintiff is explaining these areas within the notes. People of Hindu Indian origin are included in the group that has discriminated against plaintiff, and it is possible Omyra Padilla is from India. This person is the supervising person at Equal Employment Opportunity Commission, and it could very well be the reason plaintiff is unable to make a charge there.

    Finally, Judge Benjamin W. Cheesbro sent the documents to plaintiff asking for the response in fourteen days when his clerk's office was closed. Then Judge Benjamin W. Cheesbro and another judge, Judge Lisa Godbey Wood, to whom this case is not assigned, sent information about this case accusing plaintiff of not responding in a timely manner. Plaintiff has documentation of the attempt to contact

clerk's office, April 8, 2020, to get the correct forms described in the Rule 26, and the person answering the telephone, Ms. Candy, in the clerk's office was unable to help plaintiff. The clerk's office was closed, and plaintiff mailed written correspondence to explain the April 8th telephone call and request immediate assistance upon arrival of the mail from plaintiff about the objection. The attached receipt is evidence of the mailed written documentation about the attempt to communicate while the clerk office was unavailable, closed. The fact that the clerk's office was not open to accept the document in a timely manner is the reason for the untimely submission. Judge Benjamin W. Cheesbro knew the clerk's office was closed when he mailed the request. Plaintiff did respond timely.

This objection was filed within fourteen days before the final date requested from Judge Benjamin W. Cheesbro. Because of the COVID-19 public building closures, plaintiff was unable to get information from clerk of court about the format for filing the objections. Furthermore, Judge Lisa Godbey Wood has sent documents to plaintiff with two different clerks of court names on them. Plaintiff has all documents and is concerned about the United States District Court, Southern District of Georgia not communicating honestly and effectively. Please accept these objections and reconsider allowance of motion to proceed in forma pauperis for the case against Professional Association of Georgia Educators. It is also nepotism for them to allow their members to break laws and knowingly and willingly accept annual dues from law breaking members as their lawyers accept money, for legal matters they did not represent, on behalf of plaintiff serving students. With a settlement and/or re-employment, the plaintiff could pay filing charges for future cases, but the false documentation from employers and law enforcement has now turned into false statements on plaintiff's evaluations, and legally, it needs to be settled with facts and evidence entered. Judge Benjamin W. Cheesbro stated he does not want any other evidence entered. Plaintiff has evidence to prove financial situation and objects, June 26, 2020.

RESPECTFULLY SUBMITTED,

*Mary Elizabeth Noland*

MARY ELIZABETH NOLAND
2280 Penholloway Road
Jesup, Georgia 31546
(912) 256-0954 phone



Attachment #1, p.6, file 2:19-cv-114