**U.S. DISTRICT COURT PLEADING SUBMISSION FORM**

1) CASE NUMBER: 2:19-cv-113; 2:19-cv-114; 2:19-cv-127; 2:19-cv-108; 2:19-cv-115; 2:19-cv-152; 2:19-cv-153

2) TITLE OF THE CASE: Mary Elizabeth Noland, Plaintiff

3) PLEADING BEING SUBMITTED:

Objections

4) YOUR NAME AND ADDRESS: Mary Elizabeth Noland
2280 Penholloway Rd.
Jesup, GA 31546

5) PHONE NUMBER: (912) 256-0954

6) DATE: 6-26-2020

***PLEASE ATTACH THIS FORM TO YOUR PLEADING AND PLACE IT IN THE DROP BOX***