2280 Penholloway Road
Jesup, Georgia  31546

April 9, 2020

Ms. Sherry
Southern District of Georgia
P. O. Box 1636
Brunswick, Georgia  31521

Dear Ms. Sherry,

It is urgent that these letters get delivered to the judges they are addressed to. I have received copies of some documents from Judge Cheesbro, and he states that another judge will have to make a decision about his documents. He also states that objections must be filed from me.

I have had little gas money, inconsistent phone and Internet, and been forced to borrow someone else's computer. This is making it especially difficult to learn policies and procedures of communication with court. I have previously communicated this and my need for legal representation to attach laws and present evidence. I called the office and spoke to Ms. Candy, April 8, 2020, when she told me there is no allowance of entry into the clerk's office at this time because of COVID 19. Therefore, I cannot communicate with you to find out the appropriate format. Please be sure to tell the judges that I could not communicate to find the format, but I have communicated the information necessary in response to the package of information I received with request for allowance to continue communicating about these cases in the future.

Thanks for helping me. Please call my phone number or mail any other information about the cases to the phone number and address you have on file for me. Also, Judge Cheesbro previously sent notification to me that all mail should be addressed to clerk of court, so please verify the envelope was addressed to clerk of court that contains the individual envelopes with one labeled Judge Cheesbro and one labeled Judge Hall, labeled and sealed. Two other judges had my cases assigned, and Judge Cheesbro just responded to all of the cases, including theirs.

Sincerely,

Mary Elizabeth Noland

Enclosures (2) 1 envelope addressed to Judge Cheesbro; 1 envelope addressed to Judge Hall

Clerk Office:
Please upload this attachment with the following Civil Action Numbers:

2:19-cv-108;
2:19-cv-113;
2:19-cv-114;
2:19-cv-115;
2:19-cv-127;
2:19-cv-152; &
2:19-cv-153

Attachment 1, July 21, 2020

Help

**UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

June 05, 2020

## USPS Tracking Intranet
### Delivery Signature and Address



Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

Tracking Number: 7019 0160 0001 0526 2202

This item was delivered on 04/20/2020 at 13:58:00

< Return to Tracking Number View

*The receipt of the 26 June 2020 OBJECTIONS has the same tracking number.*

| Signature | [signature] Mauriette Robinson |
| Address | PO BOX 1636 <br> BRUNSWICK, GA 31521-1636 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 20.3.2.0.102

*Clerk Office:*
*Please upload this attachment with the following Civil Action Numbers:*
*2:19-cv-108;*
*2:19-cv-113;*
*2:19-cv-114;*
*2:19-cv-115;*
*2:19-cv-127;*
*2:19-cv-152; &*
*2:19-cv-153*

*Attachment 2, July 21, 2020*

Brian P. Kemp
Governor



Robyn A. Crittenden
Commissioner

## Georgia Department of Human Services
Aging Services | Child Support Services | Family & Children Services

Tuesday, June 25, 2019

Mary "Elizabeth" Noland
2280 Penholloway Road
Jesup, Georgia 31546

RE: Mary "Elizabeth" Noland
Intake ID: 484543

Dear Mary "Elizabeth" Noland:

In accordance with O.C.G.A §30-5-5 this letter acknowledges your report of possible abuse, neglect and exploitation of an elder person and/or adult with a disability, received by Adult Protective Services (APS) on 06/21/2019. APS will not reveal your name to the subject of this report, however under O.C.G.A §30-5-4(b)(1) APS has notified a local law enforcement agency or the prosecuting attorney of this report. If a criminal investigation is necessary, you may be contacted by law enforcement. A reporter is protected from civil or criminal liability for any report made in good faith.

If your report was processed and determined to meet criteria and was assigned to an APS Case Manager for investigation. The APS Case Manager will investigate the allegations to determine if the alleged abuse, neglect or exploitation occurred and if the individual is in need of protective services. No case determination will be made without first conducting a complete and thorough investigation. As a part of the investigation you will be contacted for follow-up and additional information.

Sincerely,

Kendra Piper
Central Intake Specialist

Frank Gray and Sabrina Wright
Central Intake Supervisor

☐ Insufficient information either to locate the adult or to warrant an investigation
☒ Assigned for Investigation
☐ Not assigned/Does not meet APS criteria

*[Handwritten note:]* Clerk Office; Please upload this attachment with the following Civil Action Numbers:
2:19-cv-108;
2:19-cv-113;
2:19-cv-114;
2:19-cv-115;
2:19-cv-127;
2:19-cv-152; &
2:19-cv-153

2 Peachtree St. N.W., Atlanta, GA 30303 | dhs.ga.gov

*[Handwritten:]* Attachment 3, July 21, 2020